FORM 6 (ND/SD MISS. DEC. 2011)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Stevy Carothers et al; on behalf of themselves and others similarly situated

Plaintiff

v.

United Furniture Industries, Incorporated et al

CIVIL ACTION NO.

Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

**(A)** Name: Trey A.R. Dayes III

Firm Name: Phillips Dayes Law Group

Office Address: 3101 North Central Avenue, #1500

City: Phoenix   State: Arizona   Zip: 85012
Telephone: 602-258-8900 ext 276   Fax: 602-288-1664
E-Mail: treyd@phillipsdayeslaw.com

**(B)** Client(s): Stevy Carothers, James Chandler, Carol Doss, Randal Hughes, Edward Linzey James Mask, Edward McMillan, Lizzie McMillan,
Address: Ronald Seger, Frank Walker, Troy Weaver, Shayla Whit

City: c/o Phillips Dayes Law Group   State: ___   Zip: ___
Telephone: ___   Fax: ___

FORM 6 (ND/SD MISS. DEC. 2011)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?
No

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?
Applicant is managing partner of a consumer plaintiff employment law practice

**(C)** Applicant is admitted to practice in the:

    [✓] State of Arizona
    [ ] District of Columbia

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Arizona Supreme Court
1501 West Washington
Phoenix, Arizona 85007

All other courts before which Applicant has been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| State of Utah | 2000-Present |

FORM 6 (ND/SD MISS. DEC. 2011)

|  |  |  | Yes | No |
|---|---|---|---|---|
| **(D)** | Has Applicant been denied admission pro hac vice in this state? | | ☐ | ☑ |
| | Has Applicant had admission pro hac vice revoked in this state? | | ☐ | ☑ |
| | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| **(F)** | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ☑ |

FORM 6 (ND/SD MISS. DEC. 2011)

        If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

**(G)** Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
| --- | --- | --- |

**(H)** Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
| --- | --- |

FORM 6 (ND/SD MISS. DEC. 2011)

|     |     | Yes | No |
|-----|-----|-----|-----|
| (I) | Has Applicant read and become familiar with all of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ☑ | ☐ |
|     | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ☑ | ☐ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: Jason L. Nabors, 101630

Firm Name: Smith, Phillips, Mitchell, Scott, & Nowak

Office Address: PO Boax 1586

City: Batesville      State MS      Zip 38606
Telephone: 662-563-4613      Fax:
E-Mail: flip@smithphillips.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/ Jason L. Nabors
Resident Attorney

I certify that the information provided in this Application is true and correct.

10/10/13
Date

Applicant's Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

FORM 6 (ND/SD MISS. DEC. 2011)

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the ___10th___ day of ___October___, 20_13_.

_____
Applicant

# Signature Certificate


RightSignature
Easy Online Document Signing

🔒 Document Reference: EVV9GVJR82LR9N8S93CTI6



**Trey Dayes**
Party ID: 92TWEXJFI5GBMDXDFAMHYJ
IP Address: 166.137.182.247
VERIFIED EMAIL: treyd@phillipsdayeslaw.com

Electronic Signature:



Multi-Factor
**Digital Fingerprint Checksum**    c74ab3329d36fe9c1f69e4fc7cfbe611c638fd96



| Timestamp | Audit |
|---|---|
| 2013-10-09 15:34:17 -0700 | All parties have signed document. Signed copies sent to: Trey Dayes and Matt. |
| 2013-10-09 15:34:16 -0700 | Document signed by Trey Dayes (treyd@phillipsdayeslaw.com) with drawn signature. - 166.137.182.247 |
| 2013-10-09 15:33:11 -0700 | Document viewed by Trey Dayes (treyd@phillipsdayeslaw.com). - 166.137.182.247 |
| 2013-10-09 15:32:32 -0700 | Document created by Matt (mattm@phillipslaw.com). - 207.108.127.26 |



This signature page provides a record of the online activity executing this contract.

Page 1 of 1