

# STATE BAR OF ARIZONA

October 09, 2013

Trey A R Dayes
3101 N Central Ave Ste 1500
Phoenix, AZ 85012-2681

**RE: Mr Trey A R Dayes**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

Admitted in Arizona:      May 24, 2001.
Current Membership Status:  Active in good standing

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

Mabel Ramirez
Resource Center

4201 N. 24th Street · Suite 100 · Phoenix, AZ 85016-6266
PH: 602.252.4804 · FAX: 602.271.4930 · WEBSITE: www.azbar.org