UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Stevy Carothers et al
on behalf of themselves and others similarly
situated,

          Plaintiffs

vs.

United Furniture Industries Incorporated, an Ohio corporation; United Furniture CA, Inc., a Mississippi Corporation; United Furniture Industries NC, LLC, a Mississippi limited liability company; Larry George; Douglas Hanby

Case No.: 1:13-cv-00203-DMB-DAS

          Defendants

## MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

1. Plaintiffs provide the memorandum in support of this motion and affidavit of Trey Dayes and move the Court to approve attorneys' fees and costs in this matter in the amount of $594,000, which represents $580,831.22 in fees and $13,168.78 in costs.

2. Defendants have reviewed the motion and have no objection to the Court granting the motion in its full extent.

3. Plaintiffs' request is fully supported by the factors that courts consider in determining the reasonableness of attorneys' fee awards in such cases including all the *Johnson* factors.

4. The lodestar cross check also is satisfied in this matter, as the cross check yields an exceedingly low multiplier of 1.228.

5. "Reasonable costs and expenses incurred by an attorney who creates or preserves a common fund are reimbursed proportionately by those class members who benefit from the settlement." citing *Mills v. Electric Auto-Lite Co.*, 396 U.S. 375, 391-392, 90 S. Ct. 616, 24 L. Ed. 2d 593 (1970).

6. To date, counsel has incurred out-of-pocket expenses totaling $13,168.78, primarily to cover expenses related to legal research, investigation, discovery, travel, service of process on multiple defendants, and administrative costs such as copying, mailing, and messenger expenses. These out-of-pocket costs were necessary to secure the resolution of this litigation.

7. Based on the foregoing, counsel respectfully requests the Court award attorney's fees and costs in the amount of $594,000, which represents $580,831.22 in fees and $13,168.78 in costs.

8. As Defendants do not object to this fee request, a proposed form of order is filed herewith.

9. Plaintiffs rely on the affidavit of Trey Dayes and the memorandum in support of this motion being filed concurrently herewith.

Dated: December 23, 2014	Respectfully submitted,

By /s/"Trey" A.R. Dayes III
"Attorney for Plaintiffs
Arizona Bar Number 020805
/s/ Jason Nabors
Local Counsel for Plaintiffs
Mississippi Bar Number 101630

### PHILLIPS DAYES

NATIONAL EMPLOYMENT LAW FIRM
**3101 North Central Avenue #1500
Phoenix, Arizona 85012
Telephone: (602) 288 - 1610
Fax: (602) 288-1664
E mail: treyd@phillipsdayeslaw.com**

**SMITH, PHILLIPS, MITCHELL SCOTT & NOWAK, LLP
P.O. DRAWER 1586
BATESVILLE, MISSISSIPPI 38606
TELEPHONE: (662) 563- 4613
FAX: (662) 563 -1546
EMAIL: JASON@SMITHPHILLIPS.COM**

## CERTIFICATE OF SERVICE

    I hereby certify that on December 23, 2014, 2014 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Jason Nabors                   Jason@smithphillips.com

    John M. Creekmore     jmcreek@bellsouth.net, jjackson_38821@yahoo.com

John Samuel Hill     jhill@mitchellmcnutt.com, lmcmillen@mitchellmcnutt.com

Lamar Bradley Dillard     bdillard@mitchellmcnutt.com, kdoty@mitchellmcnutt.com

    By       s/Trey Dayes
                Trey Dayes