UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

ABERDEEN DIVISION

Stevy Carothers et al
on behalf of themselves and others similarly situated,

        Plaintiffs

vs.

United Furniture Industries Incorporated, an Ohio corporation; United Furniture CA, Inc., a Mississippi Corporation; United Furniture Industries NC, LLC, a Mississippi limited liability company; Larry George; Douglas Hanby

Case No.: 1:13-cv-00203-DMB-DAS

        Defendants

# [PROPOSED] ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

This matter coming before the Court on Plaintiffs' Motion for Award of Attorneys' Fees and Costs, having reviewed the motion and the complete record before the Court, and for good cause showing

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion for Award of Attorneys' Fees and Costs is HEREBRY APPROVED.

2. Phillips Dayes National Employment Law Firm PC is awarded attorneys' fees in the amount of $580,831.22.

3. Phillips Dayes National Employment Law Firm PC is awarded costs in the in the amount of $13,168.78

Dated:  December 23, 2014                              Respectfully submitted,

By  /s/"Trey" A.R. Dayes III
    "Attorney for Plaintiffs
    Arizona Bar Number 020805
/s/ Jason Nabors
    Local Counsel for Plaintiffs
    Mississippi Bar Number 101630

# PHILLIPS DAYES
NATIONAL EMPLOYMENT LAW FIRM
*A Professional Corporation*
**3101 North Central Avenue #1500**
**Phoenix, Arizona 85012**
**Telephone: (602) 288 - 1610**
**Fax: (602) 288-1664**
**E mail: treyd@phillipsdayeslaw.com**

**SMITH, PHILLIPS, MITCHELL SCOTT & NOWAK, LLP**
**P.O. DRAWER 1586**
**BATESVILLE, MISSISSIPPI 38606**
**TELEPHONE: (662) 563- 4613**
**FAX: (662) 563 -1546**
**EMAIL: JASON@SMITHPHILLIPS.COM**

**CREEKMORE LAW OFFICE, PLLC**
**103 4th Avenue North**
**Box 716**
**Amory, MS 38821**
**(662)-256-8208 (telephone)**
**(662)-257-0306 (facsimile)**

**MITCHELL, MCNUTT & SAMS, P.A.**
**105 S. FRONT STREET**
**POST OFFICE BOX 7120**
**TUPELO, MISSISSIPPI 38802-7120**
**(662) 842-3871**
**(662) 842-8450 FAX**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2014 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jason Nabors Jason@smithphillips.com

John M. Creekmore    jmcreek@bellsouth.net, jjackson_38821@yahoo.com

John Samuel Hill    jhill@mitchellmcnutt.com, lmcmillen@mitchellmcnutt.com

Lamar Bradley Dillard    bdillard@mitchellmcnutt.com, kdoty@mitchellmcnutt.com

By    s/Trey Dayes
    Trey Dayes