| PHILLIPS DAYES NATIONAL EMPLOYMENT LAW FIRM HOURS INVOICE-CLIENT FILE-UNITED FURNITURE-FILE NUMBER 38639 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date** | **Work Performed** | **TRD** | **JP** | **SD** | **NA** | **AH** | **RLF** |
| 9/5/2013 | work on Complaint | | | | 8 | | |
| 9/6/2013 | work on complaint and opt-in form | | | | 6.7 | | |
| 10/2/2013 | work on Complaint | | | | 0.6 | | |
| 10/3/2013 | Work on complaint | 0.1 | | | | | |
| 10/3/2013 | TC w/ R Phillips | | | | 0.6 | | |
| 10/3/2013 | work on complaint | | | | 5.3 | | |
| 10/3/2013 | Work on complaint | 0.5 | | | | | |
| 10/3/2013 | Work on complaint | 0.5 | | | | | |
| 10/3/2013 | work on complaint | 0.5 | | | | | |
| 10/4/2013 | Work on complaint | 3.9 | | | | | |
| 10/4/2013 | Correspondence to potential co-counsel | 0.2 | | | | | |
| 10/4/2013 | Work on complaint | 2.9 | | | | | |
| 10/4/2013 | Correspondence to potential co-counsel | 0.2 | | | | | |
| 10/4/2013 | Work on complaint | 2.9 | | | | | |
| 10/4/2013 | Correspondence to potential co-counsel | 0.2 | | | | | |
| 10/7/2013 | Work on work on complaint | | | | 1.1 | | |
| 10/8/2013 | Correspondence to potential co-counsel | 0.1 | | | | | |
| 10/8/2013 | Work on complaint | 0.3 | | | | | |
| 10/8/2013 | Correspondence to potential co-counsel | 0.1 | | | | | |
| 10/8/2013 | Work on complaint | 2.1 | | | | | |
| 10/9/2013 | Pro hac Vice App | | | | 0.6 | | |
| 10/9/2013 | Work on complaint | | | | 3.7 | | |
| 10/10/2013 | Mail opt-ins to all clients | | | | 2.9 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/11/2013 | Prepare initiating documents for filing | | | | 2.9 | | |
| 10/12/2013 | Research Mississippi and 5th Circuit law re Conditional Certification of Class | | | | 4 | | |
| 10/15/2013 | Receive and review new client opt-ins | 0.1 | | | | | |
| 10/15/2013 | Receive and review new client opt-ins | 0.1 | | | | | |
| 10/15/2013 | Mail opt-in form to Pettleton | | | | 0.4 | | |
| 10/22/2013 | File first batch of opt-in forms | | | | 1.7 | | |
| 10/23/2013 | File opt in form of Pannell | | | | 0.4 | | |
| 10/24/2013 | File opt-ins for Austin and Randle | | | | 0.5 | | |
| 10/29/2013 | Receive and review notices | 0.1 | | | | | |
| 10/31/2013 | review and work on Affidavits for Motion to Conditionally Certify | 1.4 | | | | | |
| 10/31/2013 | Working on Affidavits for Motion to Conditionally Certify | | | 3.3 | | | |
| 10/31/2013 | Correspondence from court | 0.1 | | | | | |
| 10/31/2013 | Correspondence from court | 0.1 | | | | | |
| 11/1/2013 | Review results of Interviewing Clients by Phone | 0.5 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/1/2013 | Contacting and Interviewing Clients by Phone | | | 4.5 | | | |
| 11/1/2013 | TC w. R McAllister | | | | 0.4 | | |
| 11/1/2013 | work on motion for conditional class certification | 1.9 | | | | | |
| 11/1/2013 | work on motion for conditional class certification | | | | 4.2 | | |
| 11/4/2013 | review results ofInterviewing clients for Declarations in support of Collective Action | 0.3 | | | | | |
| 11/4/2013 | Interviewing clients for Declarations in support of Collective Action | | | 7.6 | | | |
| 11/4/2013 | review and work on motion for conditional class certification | 0.7 | | | | | |
| 11/4/2013 | work on motion for conditional class certification | | | | 6.2 | | |
| 11/4/2013 | TC w/ E Linzey and S White | | | | 0.7 | | |
| 11/5/2013 | Interviewing clients and work oning Declarations in support of Collective Action | | | 4.1 | | | |
| 11/5/2013 | File opt-in forms of Coker and Linzey | | | | 0.6 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/5/2013 | review and work on declarations for motion for conditional certification | 0.5 | | | | | |
| 11/5/2013 | work on declarations for motion for conditional certification | | | | 3.9 | | |
| 11/7/2013 | Inputting Declaration citations into Motion for Collective Action | | | 0.8 | | | |
| 11/7/2013 | work on Motion for Conditional Certification | | | | 3.5 | | |
| 11/12/2013 | Work on  to motion for conditional certification | | | | 1.3 | | |
| 11/12/2013 | Work on motion for conditional certification | 0.9 | | | | | |
| 11/13/2013 | Calling clients in regards to Declaration documents | | | 0.7 | | | |
| 11/13/2013 | work on motion for conditional certification | | | | 1 | | |
| 11/14/2013 | TC w/ Nabors re wives dismissal | 0.4 | | | n/c | | |
| 11/18/2013 | Interviewing clients and work oning declarations | | | 2 | | | |
| 11/18/2013 | Review Seger Decl | 0.2 | | | | | |
| 11/18/2013 | Work on  Seger Declaration | | | | 0.5 | | |
| 11/20/2013 | Interviewing clients and work oning declarations | | | 0.7 | | | |
| 11/25/2013 | Interview Client for Decl; create fillable Decl form | | | 0.4 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/25/2013 | File opt-ins of Garth and Strong | | | | 0.7 | | |
| 11/26/2013 | work on declarations for cert motion | 0.4 | | | | | |
| 11/26/2013 | work on drafting Decl in support of cert | | | 1.3 | | | |
| 11/26/2013 | File Norris opt-in | | | | 0.5 | | |
| 11/27/2013 | Called clients RE: Decl | | | 0.6 | | | |
| 11/27/2013 | Finalize motion for conditional cert | | | | 2.7 | | |
| 11/27/2013 | Make final changes to motion for conditional certificatio | 0.5 | | | | | |
| 12/2/2013 | File opt-ins of McMillan and Tallie | | | | 0.5 | | |
| 12/3/2013 | Document review | | | 0.3 | | | |
| 12/4/2013 | Reviewing collective action documents | | | 0.6 | | | |
| 12/4/2013 | Calling clients RE: declarations | | | 0.7 | | | |
| 12/4/2013 | Call with defense re: claims admin | | | | | | |
| 12/6/2013 | File opt in of J Walker | | | | 0.6 | | |
| 12/16/2013 | File opt in of J Perry | | | | 0.6 | | |
| 12/23/2013 | File opt in of E Pickens | | | | 0.5 | | |
| 12/31/2013 | File opt-ins of Perry Sr and Perry | | | | 0.7 | | |
| 12/31/2013 | File opt-in of ML Fort | | | | 0.3 | | |
| 1/6/2014 | Editing Joint Case Management Report | | | 0.7 | | | |
| 1/6/2014 | work on case management report | | | | 3.9 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/7/2014 | Meeting RE: case management | n/c | | 0.2 | | | |
| 1/7/2014 | work on case management report | | | | 1.2 | | |
| 1/8/2014 | Rule 23 Class Action Research; Meeting RE: Settlement | | | 0.7 | | | |
| 1/8/2014 | Research settlement class issue for mediation proposal | | | | 1.3 | | |
| 1/10/2014 | Review and research re: Def's Response; Research 216(b)/5th Cir. | n/c | | 1.9 | | | |
| 1/10/2014 | Review response to motion to cert collective | | | | 1.8 | | |
| 1/13/2014 | 216(b) Research | | | 4.4 | | | |
| 1/14/2014 | Review and analyze 29 USC 216(b) research | 0.3 | | | | | |
| 1/14/2014 | 216(b) Research | | | 0.5 | | | |
| 1/14/2014 | work on correspondence and mail paystub requests to clients | | | | 5 | | |
| 1/15/2014 | Interviewing Clients | | | 2.5 | | | |
| 1/15/2014 | Discuss interview questions with TRD | | | | 0.7 | | |
| 1/17/2014 | work on motion for stay | 0.5 | | | | | |
| 1/17/2014 | work on Motion for stay | | | | 1.3 | | |
| 1/20/2014 | Meeting RE: separate case filed; calling clients RE: case status | | | 1.5 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/20/2014 | TC w/ Jason Nabors re second case filed (Bryant) | 1.1 | | | N/c | | |
| 1/21/2014 | Calling clients RE: case status | | | 1.5 | | | |
| 1/27/2014 | Review and analyze Rule 23 settlement agreement | 0.3 | | | | | |
| 1/27/2014 | Research/work on Model Rule 23 Settlement Agreement | | | 3.2 | | | |
| 1/29/2014 | Reviewing pay stubs | | | 0.7 | | | |
| 1/30/2014 | Review and analyze paystubs | 2.9 | | | | | |
| 1/30/2014 | Reviewing pay stubs | | | 0.3 | | | |
| 1/30/2014 | work oning "Model" Settlement Agreement | | | 2.2 | | | |
| 1/31/2014 | Reviewing pay stubs/researching piece rate information | | | 2.5 | | | |
| 1/31/2014 | Review paystubs | | | | 1.4 | | |
| 1/31/2014 | TC w/ Client Walker | | | | 0.2 | | |
| 2/3/2014 | Call to clerk re pending motion | | | | 0.5 | | |
| 2/3/2014 | Review paystubs | | | | 0.4 | | |
| 2/4/2014 | Review paystubs with TRD | | | | 1.7 | | |
| 2/5/2014 | Piece Rate CFR Research; TC re: Expert | | | 5 | | | |
| 2/5/2014 | Process paystubs for third party data collector | | | | 2.1 | | |
| 2/5/2014 | TC w/ Cutler | | | | 0.8 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/6/2014 | Briefing Piece Rate Research; Research "Off the Clock" | | | 6 | | | |
| 2/6/2014 | research re piecerate | | | | 6.5 | | |
| 2/7/2014 | Research "Off the Clock" | | | 7.2 | | | |
| 2/7/2014 | Review research re piece rate compensation and 29 CFR 778.318 | 0.9 | | | | | |
| 2/7/2014 | research re piecerate and 778.318 | | | | 7.5 | | |
| 2/10/2014 | Review off the clock case law | 0.9 | | | | | |
| 2/10/2014 | "Off the Clock" Research; Edit Med. Memo; TC w/potential experts | | | 3.6 | | | |
| 2/10/2014 | research re piecerate | | | | 2.5 | | |
| 2/10/2014 | TC w/ Cutler | | | | 1.5 | | |
| 2/10/2014 | work on piecerate portion of mediation brief | | | | 1.9 | | |
| 2/11/2014 | 29 CFR 785.11-12 Research; SOL Research | | | 8.1 | | | |
| 2/11/2014 | Off the clock research | | | | 8 | | |
| 2/12/2014 | Review client pay stub data | 0.5 | | | | | |
| 2/12/2014 | Work on Entering Client Pay Stub Data in Prep for Mediation | | | 1 | | | |
| 2/12/2014 | Collective action portion of mediation memo | | | | 6 | | |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 2/13/2014 | Entering Client Pay Stub Data in Prep for Mediation | | | 4.1 | | | |
| 2/13/2014 | SOL Case Law Research | | | 0.4 | | | |
| 2/13/2014 | Work on mediation brief | 3.9 | | | | | |
| 2/13/2014 | Work on off the clock portion of brief | | | | 1.2 | | |
| 2/13/2014 | Review case law re collective action | 0.9 | | | | | |
| 2/13/2014 | work on collective action portion of mediation memo | | | | 4.5 | | |
| 2/14/2014 | "Willfulness" Research | | | 3.9 | | | |
| 2/17/2014 | Review and analyze willfulness research for mediation memo | 0.8 | | | | | |
| 2/17/2014 | Willfulness Case Law Research/work oning Willfulness Section of Memo | | | 3 | | | |
| 2/18/2014 | Meeting/TC w/ Cutler | | | N/C | | | |
| 2/19/2014 | File Hollie McKenzie Opt-In | | | | 0.7 | | |
| 2/19/2014 | LTC re paystubs | | | | 1.5 | | |
| 2/19/2014 | work on correspondence | 0.1 | | | | | |
| 2/19/2014 | research CFR citations | 0.5 | | | | | |
| 2/20/2014 | Vacation Pay RE: Piece Rate Research | | | 2.2 | | | |
| 2/21/2014 | Vacation Pay RE: Piece Rate Research | | | 1.1 | | | |
| 2/21/2014 | Research UFI Inc. | | | | 2.1 | | |
| 2/21/2014 | work on mediation brief | 2.3 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/24/2014 | Vacation Pay/Piece Rate Research | | | 1.4 | | | |
| 2/24/2014 | work on letter to client strong re opt in | | | | 0.7 | | |
| 2/24/2014 | work on attorney fee portion of settlement memo | | | | 5.1 | | |
| 2/24/2014 | work on mediation brief | 3.2 | | | | | |
| 2/25/2014 | Editing Client Pay Stub Spreadsheet | | | 1 | | | |
| 2/25/2014 | Identifying interviewees RE: Aff. Questions | | | 1.2 | | | |
| 2/25/2014 | work on mediation brief | 2.1 | | | | | |
| 2/26/2014 | TC w/Jerimane Austin; edit paystub spreadsheet | | | 1.7 | | | |
| 2/26/2014 | TC w/ Jerimane Austin | | | | 1 | | |
| 2/26/2014 | work on interviewing clients | 3.5 | | | | | |
| 2/27/2014 | Finalize SOL & Liquidated Damages Sections of Mediation Memo | | | 2 | | | |
| 2/27/2014 | TC w/ Frank Walker; Meeting RE: Aff. TC's w/Clients | | | 1.5 | | | |
| 2/27/2014 | work on Frank Walker Aff.; preparing questions for Aff. TC w/clients | | | 1 | | | |
| 2/27/2014 | Research RE: MS State Wage Laws | | | 1.6 | | | |
| 2/27/2014 | Review and analyze affidavit of Austin | 0.3 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/27/2014 | work on affidavit of Austin | | | | 2.1 | | |
| 2/27/2014 | TC w/ Seger and Walker | | | | 1.9 | | |
| 2/27/2014 | Review and analyze affidavit of Seger | | | | | | |
| 2/27/2014 | work on affidavit of Seger | | | | 1.5 | | |
| 2/27/2014 | interview clients | 3.5 | | | | | |
| 2/27/2014 | work on affidavits | 2.5 | | | | | |
| 2/28/2014 | TC's w/Clients RE: New Aff Questions; TC w/ Cutler; work oning new Affs. | | | 8.2 | | | |
| 2/28/2014 | TC w/ Cutler | | | | 0.2 | | |
| 2/28/2014 | Work on affidavits | | | | 1.4 | | |
| 2/28/2014 | work on attorneys fees portion of mediation memo | | | | 7.1 | | |
| 3/3/2014 | Prepare for mediation; TC w/Clients RE: Affs; work oning/Editing Affs | | | 7.6 | | | |
| 3/3/2014 | TC w/ Cutler | | | | N/c | | |
| 3/3/2014 | Research re 29 CFR 778.500 | | | | 2.7 | | |
| 3/3/2014 | TC w/ Hollie Mckenzie | | | | 0.6 | | |
| 3/3/2014 | research shaving in a piece rate case | 2.5 | | | | | |
| 3/3/2014 | call with expert | 0.9 | | | | | |
| 3/3/2014 | review interview information | 1.3 | | | | | |
| 3/3/2014 | work on affidavits | 1.4 | | | | | |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 3/3/2014 | receive and review business report | 0.7 | | | | |
| 3/4/2014 | TC w/clients RE: Affs; work oning/Editing Affs | | | 8.1 | | |
| 3/4/2014 | work on portion of brief re 778.111 | | | | 5 | |
| 3/4/2014 | review paystubs from clients | 0.7 | | | | |
| 3/4/2014 | work on affidavits for several different clients | 3.2 | | | | |
| 3/4/2014 | research unpaid wages laws and regs | 1.7 | | | | |
| 3/5/2014 | Editing Affs; TC w/clients RE: Affs | | | 6.8 | | |
| 3/5/2014 | Work on 778.111 brief | | | | 5 | |
| 3/5/2014 | work on letter to client regarding declarations | | | | 1.1 | |
| 3/5/2014 | Work on enhancement fee portion of brief | | | | 2.8 | |
| 3/5/2014 | work on affidavits | 0.9 | | | | |
| 3/5/2014 | work on mediation brief | 5.5 | | | | |
| 3/5/2014 | work on letter re class representative | 0.4 | | | | |
| 3/6/2014 | TC w/Clients RE: Status of Affs | | | 1 | | |
| 3/6/2014 | Work on 778.111 and enhancement portions of brief | | | | 1.9 | |
| 3/6/2014 | Attorney's fees research | | | | 5.4 | |
| 3/6/2014 | work on mediation brief | 5.5 | | | | |
| 3/7/2014 | Meeting RE: Case Progress/Plan; TC w/Clients RE: Affs | | | 6.5 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/7/2014 | Attorney's fees research | | | | 2.4 | |
| 3/7/2014 | work on affidavits | 1.5 | | | | |
| 3/10/2014 | work oning/editing Affs; TC w/clients RE: new Affs | | | 7.8 | | |
| 3/10/2014 | Work on mediation memo | | | | 1.9 | |
| 3/10/2014 | Review SOL portion of mediation memo | | | | 1.1 | |
| 3/10/2014 | File W Buchanan opt-in | | | | 0.4 | |
| 3/10/2014 | work on affidavits | 0.7 | | | | |
| 3/10/2014 | work on correspondence re discovery | 0.3 | | | | |
| 3/10/2014 | review paystubs | 0.5 | | | | |
| 3/10/2014 | work on mediation brief | 3 | | | | |
| 3/11/2014 | Research/finalize SOL section of mediation memo | | | 3 | | |
| 3/11/2014 | Letter to clients re Norris as rep | | | | 1.5 | |
| 3/11/2014 | Prepare paystubs for doc exchange | | | | 1.9 | |
| 3/12/2014 | Research/finalize SOL section of mediation memo | | | 2 | | |
| 3/12/2014 | TC w/Jason Nabors; meeting; entering paystub data | | | 3.3 | | |
| 3/12/2014 | Work on mediation memo | | | | 4.5 | |
| 3/12/2014 | work on mediation memo | 2.5 | | | | |
| 3/12/2014 | work on mediation brief | 1.7 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/14/2014 | Entering paystub data | | | 1.5 | | | |
| 3/14/2014 | Work on mediation memo | | | | 2.1 | | |
| 3/14/2014 | correspond to defendants | 0.4 | | | | | |
| 3/17/2014 | Review and summarize client data; entering client pay stub data | | | 3.2 | | | |
| 3/17/2014 | Work on mediation memo | | | | 6.1 | | |
| 3/17/2014 | call with defense | 0.5 | | | | | |
| 3/17/2014 | correspond to defendants | 0.4 | | | | | |
| 3/17/2014 | work on mediation brief | 4.3 | | | | | |
| 3/18/2014 | Disclosed data review/input | | | 2.2 | | | |
| 3/18/2014 | Review and summarize numerous time and pay records | | | | 8 | | |
| 3/18/2014 | work on mediation brief | 3.5 | | | | | |
| 3/19/2014 | Review and summarize numerous time and pay records | | | 9 | | | |
| 3/19/2014 | Review and summarize numerous time and pay records | | | | 8 | | |
| 3/19/2014 | Review and summarize numerous time and pay records | | | | | | 1.5 |
| 3/19/2014 | work on mediation brief | 6.3 | | | | | |
| 3/20/2014 | IOC w/TRD, NA, SD re status of damages calculations and strategy | | | | | 0.5 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/20/2014 | Review and summarize numerous time and pay records | | | 9.7 | | | |
| 3/20/2014 | Review and summarize numerous time and pay records | | | | 8 | | |
| 3/20/2014 | Review and summarize numerous time and pay records | | | | | | 5.6 |
| 3/20/2014 | work on mediation brief | 7.3 | | | | | |
| 3/21/2014 | IOC w/TRD, NA, SD re status and explanation of damages | | | | | 0.8 | |
| 3/21/2014 | Review and summarize numerous time and pay records | | | 8.6 | | | |
| 3/21/2014 | Review and summarize numerous time and pay records | | | | 8 | | |
| 3/22/2014 | Data excel project | | | | 8 | | |
| 3/24/2014 | Meeting/gathering med. memo research material for mediation | | | 6.6 | | | |
| 3/24/2014 | Review and summarize numerous time and pay records | | | | 8 | | |
| 3/24/2014 | work on mediation brief | 5.9 | | | | | |
| 3/25/2014 | Gathering med. memo research material for mediation | | | 8.2 | | | |
| 3/25/2014 | work on collective action portion of memo | | | | 1.5 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/25/2014 | make changes to spreadsheet for time and pay summaries | | | | 4.7 | |
| 3/25/2014 | work on mediation brief | 7.4 | | | | |
| 3/26/2014 | Gathering med. memo research material for mediation | | | 8.6 | | |
| 3/26/2014 | File opt-ins of Ivy, Daniel, Buchanan | | | | 1.4 | |
| 3/26/2014 | correspondence from DA | 0.3 | | | | |
| 3/26/2014 | call to expert | 0.3 | | | | |
| 3/26/2014 | call to co-counsel | 0.2 | | | | |
| 3/28/2014 | work on motion to extend stay | | | | 0.6 | |
| 3/28/2014 | work on mediation rescheduling | 0.5 | | | | |
| 3/31/2014 | TC w/John Hill | 0.5 | | N/c | N/c | |
| 4/1/2014 | File Courtney and Walker opt-ins | | | | 1.1 | |
| 4/7/2014 | File Walker and Williams Opt-Ins | | | | 1.1 | |
| 4/9/2014 | review more client paystubs | 0.5 | | | | |
| 4/11/2014 | File York opt-in | | | | 0.5 | |
| 4/11/2014 | File Meaders opt-in | | | | 0.5 | |
| 4/14/2014 | correspondence to and from def atty | 0.3 | | | | |
| 4/14/2014 | research common fund doctrine. | 0.5 | | | | |
| 4/14/2014 | research possible exemptions | 3.9 | | | | |
| 4/22/2014 | File Thompson opt-in | | | | 0.5 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/28/2014 | File B Cochran opt-in | | | 0.5 | | |
| 4/29/2014 | correspondence to and from def atty | 0.3 | | | | |
| 5/7/2014 | Investigate David Belford (LexisNexis) | | | 1.3 | | |
| 5/13/2014 | File 3 opt-ins | | | 0.7 | | |
| 5/20/2014 | File M. Walker opt-in | | | 0.4 | | |
| 5/20/2014 | File 7 opt-ins | | | 1.4 | | |
| 5/25/2014 | File T Hubbard opt-in | | | 0.5 | | |
| 5/27/2014 | File 3 opt-ins | | | 0.8 | | |
| 6/2/2014 | File op-in of Key | | | 0.3 | | |
| 6/3/2014 | File 14 opt-ins | | | 1.5 | | |
| 6/4/2014 | File 6 opt-ins | | | 0.5 | | |
| 6/5/2014 | Telephonic Interviews with Clients re: Mediation | | | | | |
| 6/5/2014 | Telephonic Interviews with Clients re: Mediation | | | | | |
| 6/5/2014 | Reviewing OPC Mediation Brief | | 1.3 | | | |
| 6/5/2014 | prepare for mediation | 7.3 | | | | |
| 6/5/2014 | Review def mediation statement | | | 2.7 | | |
| 6/6/2014 | Interview clients in preparation of mediation | | | | | 2.8 |
| 6/6/2014 | Telephonic Interviews with Clients re: Mediation | | | | | |
| 6/6/2014 | Telephonic Interviews with Clients re: Mediation | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/6/2014 | Researching case law RE: rounding issue | | | 7.3 | | | |
| 6/6/2014 | prepare for mediation | 7.1 | | | | | |
| 6/6/2014 | Review def mediation statement | | | | 1.4 | | |
| 6/6/2014 | File 5 opt-ins | | | | 0.9 | | |
| 6/9/2014 | T/C with Clients | | | 4.6 | | | |
| 6/9/2014 | prepare exhibits for mediation | 5.4 | | | | | |
| 6/9/2014 | Client six question interviews | | | | 3.1 | | |
| 6/9/2014 | Create mediation file for TRD | | | | 4.8 | | |
| 6/10/2014 | Travel to mediation | 10.2 | 10.2 | | | | |
| 6/11/2014 | Attend mediation | 7.5 | 7.5 | | | | |
| 6/12/2014 | Travel from mediation | 9.5 | 9.5 | | | | |
| 6/16/2014 | File 27 opt-ins | | | | 2.3 | | |
| 6/17/2014 | research collective v. class issue | 1.9 | | | | | |
| 6/17/2014 | research issues regarding defense contacting the class | 1.7 | | | | | |
| 6/17/2014 | work on case management order | 0.5 | | | | | |
| 6/18/2014 | File nine opt-ins | | | | 0.8 | 7.3 | |
| 6/19/2014 | receive and review various correspondence | 0.1 | | | | | |
| 6/19/2014 | work on case management order | 0.9 | | | | | |
| 6/19/2014 | File five opt-ins | | | | 1.1 | | |
| 6/19/2014 | work on CMR and confidential statement to Court | | | | 4.6 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/20/2014 | work on motion to withdraw motion for conditional certification | 0.7 | | | | |
| 6/21/2014 | Work on RFP's | | | 3.1 | 7.3 | |
| 6/23/2014 | work on amended complaint | 0.6 | | | | |
| 6/24/2014 | work on motion to withdraw conditional certification | 0.7 | | | | |
| 6/24/2014 | Work on Case management report | 1.2 | | | | |
| 6/24/2014 | work on requests for production | 0.9 | | | | |
| 6/24/2014 | work on confidential settlement report | 0.5 | | | | |
| 6/25/2014 | work on interviewing witnesses and new clients | 3.5 | | | | |
| 6/25/2014 | receive and review various correspondence | 0.1 | | | | |
| 6/25/2014 | work on case management report | 0.3 | | | | |
| 6/25/2014 | work on notice of withdrawal of motion | 0.4 | | | | |
| 6/25/2014 | review Bryantv. United case | 0.5 | | | | |
| 6/25/2014 | Work on CMR and RFP's | | | 2.2 | | |
| 6/26/2014 | work on discovery requests | 0.3 | | | | |
| 6/26/2014 | receive and review order from the court | 0.2 | | | | |

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/26/2014 | telephonic re case information | 0.7 | | | | | |
| 6/26/2014 | analyze issues regarding related cases | 1.5 | | | | | |
| 6/26/2014 | TC w/ Nabors re ads | | | | 0.4 | | |
| 6/27/2014 | research RE: consolidating case | | | 2.4 | | | |
| 6/27/2014 | Work on CMO | | | | 0.4 | | |
| 6/27/2014 | Discussion w/ TRD re Second UFI Lawsuit and H. Gunn | | | | 0.9 | | |
| 6/27/2014 | File 48 opt-ins | | | | 2.4 | | |
| 7/1/2014 | File 20 opt-ins | | | | 1.9 | | |
| 7/2/2014 | correspondence from def | 0.3 | | | | | |
| 7/2/2014 | work on witness investigation | 1.5 | | | | | |
| 7/3/2014 | work on witness investigation | 0.7 | | | | | |
| 7/3/2014 | Create questionnaire and engagement letter for investigator | | | | 0.8 | | |
| 7/8/2014 | correspondence to and from defendant | 0.2 | | | | | |
| 7/8/2014 | work on discovery issues | 0.3 | | | | | |
| 7/9/2014 | work on case management order | 0.3 | | | | | |
| 7/9/2014 | Telephone call with defendant | 0.4 | | | | | |
| 7/9/2014 | work on cmo | 0.3 | | | | | |
| 7/11/2014 | File 27 opt-ins | | | | 1.4 | | |
| 7/16/2014 | File 27 opt-ins | | | | 1.4 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/18/2014 | File 9 opt-ins | | | | 0.6 | | |
| 7/21/2014 | call to Atty Howard Gunn | 0.3 | | | | | |
| 7/21/2014 | various correspondence | 0.2 | | | | | |
| 7/25/2014 | File 16 opt-ins | | | | 1.4 | | |
| 7/28/2014 | File 10 opt-ins` | | | | 0.8 | | |
| 7/29/2014 | File 21 opt-ins | | | | 1.7 | | |
| 8/5/2014 | File 13 opt-ins | | | | 1.1 | | |
| 8/8/2014 | File 4 opt-ins | | | | 0.5 | | |
| 8/12/2014 | File two opt-ins | | | | 0.4 | | |
| 8/18/2014 | File seven opt-ins | | | | 0.9 | | |
| 8/25/2014 | File 37 opt-ins | | | | 1.4 | | |
| 8/26/2014 | work on motion to consolidate | | | | 1.2 | | |
| 8/27/2014 | Preparations for upcoming hearing in Mississippi | | | 2.2 | | | |
| 8/27/2014 | prepare for hearing | 0.7 | | | | | |
| 8/27/2014 | work on motion to consolidate cases | 1.7 | | | | | |
| 8/27/2014 | receive and review def's initial disclosure statement | 0.4 | | | | | |
| 8/27/2014 | work on initial disclosure statement | 0.9 | | | | | |
| 8/27/2014 | work on 26.1 | | | | 1.4 | | |
| 8/27/2014 | CMC prep with TRD and SD | | | | 1.2 | | |
| 8/28/2014 | prep for hearing | 0.7 | | | | | |
| 8/28/2014 | Review and analyze research re NC factories | 0.3 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/28/2014 | Research re north carolina factories | | | | 0.8 | | |
| 8/28/2014 | File three opt-ins | | | | 0.5 | | |
| 8/28/2014 | Begin on version 2 motion for certification | | | | 2.9 | | |
| 8/29/2014 | call with co council | 0.9 | | | | | |
| 8/29/2014 | work on reurged motion to preliminary cert class | 6.2 | | | | | |
| 8/29/2014 | Work on motion to certify | | | | 6.7 | | |
| 9/1/2014 | travel to hearing | 5.5 | | | | | |
| 9/2/2014 | attending hearing | 1.1 | | | | | |
| 9/2/2014 | travel from hearing | 5.4 | | | | | |
| 9/3/2014 | receive and review scheduling order | 0.3 | | | | | |
| 9/3/2014 | work on 30 b 6 notice of deposition | 0.9 | | | | | |
| 9/3/2014 | work on notice of 30(b)(6) deposition | | | | 2.1 | | |
| 9/4/2014 | Preparation for Motion to Intervene in Brown v UFI | | | 1.1 | | | |
| 9/4/2014 | review motion from Brown case re Rule 23 certification | 0.5 | | | | | |
| 9/4/2014 | work on motion to intervene in Brown v. UFI | 1.9 | | | | | |
| 9/4/2014 | work on motion to deny Rule 23 in Brown v. UFI | 2.5 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/4/2014 | correspond re: transfer of claim in event of death of Carol Doss going into surgery | 0.1 | | | | | |
| 9/4/2014 | Review motion to certify in Bryant case and meet with TRD on same | | | | N/c | | |
| 9/4/2014 | Review and analyze implications of motion to certify in Bryant case | 2.4 | | | | | |
| 9/5/2014 | Preparation for Motion to Object to Class Cert in Brown v UFI | | | 1.1 | | | |
| 9/5/2014 | correspondence from cocounsel | 0.1 | | | | | |
| 9/5/2014 | work on objection to Rule 23 in Brown | 1.2 | | | | | |
| 9/5/2014 | File eight opt-ins | | | | 0.9 | | |
| 9/5/2014 | TC w/ Jason re cert motion in Bryant | | | | 0.6 | | |
| 9/5/2014 | Research re objection to Bryant motion | | | | 1.4 | | |
| 9/8/2014 | work on objection to Bryant cert motion | | | | 7.1 | | |
| 9/9/2014 | Work on objection to Bryant cert motion | | | | 5.2 | | |
| 9/11/2014 | work on opposition motion in Bryant | 5.4 | | | | | |
| 9/11/2014 | receive and review opposition to motion to extend | 0.3 | | | | | |
| 9/11/2014 | Work on objection to Bryant 23 motion | | | | 2.5 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/12/2014 | work on discovery extension objection | 0.4 | | | | | |
| 9/12/2014 | work on motion for limited appearance to object, and accompanying docs | 1.9 | | | | | |
| 9/16/2014 | File two opt-ins | | | | 0.3 | | |
| 9/22/2014 | Review defendants discovery responses | | | | 2.1 | | |
| 9/23/2014 | Work on responses to defendants discovery | | | | 4.8 | | |
| 9/24/2014 | Work on responses to defendants discovery | | | | 3.7 | | |
| 9/25/2014 | Work on responses to defendants discovery | | | | 6.1 | | |
| 9/26/2014 | work on responses to rfps for all 12 named plaintiffs | 2.1 | | | | | |
| 9/26/2014 | work on responses to rogs for all 12 named plaintiffs | 2.1 | | | | | |
| 9/26/2014 | work on responses to rfa for all 12 named plaintiffs | 2.1 | | | | | |
| 9/26/2014 | receive and review correspondence from client | 0.3 | | | | | |
| 9/26/2014 | Work on responses to defendants discovery | | | | 2.4 | | |
| 9/29/2014 | receive and review correspondence from defendant's attorney | 0.2 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/29/2014 | evaluate potential for multi-party mediation | 0.3 | | | | | |
| 9/30/2014 | Review and respond to letter from J Hill re settlement | 0.3 | | | | | |
| 9/30/2014 | Prep to respond to letter from John Hill RE: Settlement Conf. | | | 1.2 | | | |
| 10/1/2014 | Work on work on reply in support of conditional certification | | | | 6.5 | | |
| 10/1/2014 | Reviewing Response/Objection to Collective Cert. | | | 2.1 | | | |
| 10/2/2014 | Work on work on reply in support of conditional certification | | | | 8 | | |
| 10/2/2014 | Reviewing Hill's response to Gunn's Mot. to Cert. | | | 0.8 | | | |
| 10/2/2014 | Reviewing Def's resp. and objection to collective action cert | | | 1.2 | | | |
| 10/6/2014 | Review and analyze case law for limited entry | 0.1 | | | | | |
| 10/6/2014 | Research regarding motion for limited entry | | | | 3.1 | | |
| 10/7/2014 | work on reply in support of motion for preliminary certification | 6.7 | | | | | |
| 10/7/2014 | Work on reply in support of limited appearance motion in Bryant case | | | | 6.1 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/7/2014 | Review and analyze case law for class cert | | | | | |
| 10/7/2014 | Research case law for Response to Class Cert | | | 0.8 | | |
| 10/8/2014 | work on reply in support of motion for preliminary certification | 3.1 | | | | |
| 10/8/2014 | call with def atty | 0.3 | | | | |
| 10/8/2014 | call with co- counsel | 0.3 | | | | |
| 10/8/2014 | Work onreply in support of conditional certification motion | | | | 5.2 | |
| 10/8/2014 | File six opt-ins | | | | 1.2 | |
| 10/9/2014 | work on rebuttal to intervene | 2.9 | | | | |
| 10/9/2014 | review discovery from defendant | 0.9 | | | | |
| 10/9/2014 | research re Settlement class | | | | 1.4 | |
| 10/10/2014 | work on motion to continue deadline for rebuttal in limited appearance motion | 0.5 | | | | |
| 10/10/2014 | Review defendants document responses to RFP's | | | | 4.1 | |
| 10/10/2014 | Discovery review for discovery dispute corresp. | | | 1.6 | | |
| 10/13/2014 | work on response to motion bifurcate | | | | | |
| 10/14/2014 | work on response to motion bifurcate | 2.8 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/14/2014 | work on rebuttal in support of limited appearance | 1.7 | | | | |
| 10/14/2014 | Research and work on response to defendants motion to dismiss | | | 6.2 | | |
| 10/14/2014 | Work on reply in support of limited appearance motion in Bryant case | | | 1.9 | | |
| 10/15/2014 | Work on response to defendants motion to dismiss | | | 3.2 | | |
| 10/15/2014 | Reviewing Def's Mot. to Sever; Reviewing Pltf's Resp. to Misjoinder | | 1.2 | | | |
| 10/16/2014 | correspondence to and from defense atty | 0.3 | | | | |
| 10/16/2014 | work on response to motion bifurcate | 5.2 | | | | |
| 10/16/2014 | Work on response to motion to dismiss | | | 2.9 | | |
| 10/20/2014 | work on email to TRD re defendants discovery responses | | | n/c | | |
| 10/21/2014 | correspondence from Defendant | 0.1 | | | | |
| 10/22/2014 | receive review defendant's reply in support of severe | 0.7 | | | | |
| 10/24/2014 | receive and review rebuttal memo in Bryant case | 0.9 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/24/2014 | read discovery letter from defendant and work on response | 0.7 | | | | |
| 10/24/2014 | correspond to and from co counsel | 0.3 | | | | |
| 10/24/2014 | Review defendants letter regarding discovery responses | | | 0.6 | | |
| 10/28/2014 | work on settlement conference memorandum | 2.4 | | | | |
| 10/28/2014 | work on settlement conference memorandum | | | 3.4 | | |
| 10/28/2014 | work on motion to compel | | | 4.1 | | |
| 10/29/2014 | correspond to and from def atty | 0.2 | | | | |
| 10/29/2014 | work on settlement conference memorandum | 3.2 | | | | |
| 10/29/2014 | work on motion to compel | 2.5 | | | | |
| 10/29/2014 | Work on motion to compel | | | 2.1 | | |
| 10/29/2014 | Work on settlement conference memorandum | | | 2.5 | | |
| 10/30/2014 | work on motion to compel | 1.1 | | | | |
| 10/30/2014 | receive and review retaliation evidence | 0.4 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/30/2014 | Work on motion to compel | | | | 2.3 | |
| 10/30/2014 | Work onsettlement conference memorandum | | | | 1.4 | |
| 11/3/2014 | prepare for 11/6/14 settlement conference | 3.5 | | | | |
| 11/3/2014 | receive and review defendant's motion in Bryant re: sur rebuttal | 0.5 | | | | |
| 11/3/2014 | receive and review motion to strike in Bryant case | 0.5 | | | | |
| 11/3/2014 | Prepare for settlement conference | 3.4 | | | | |
| 11/3/2014 | Work on settlement conference preparation | | | | | 0.5 |
| 11/3/2014 | Work on MSJ re failure to keep records of downtime | | | | 5.1 | |
| 11/4/2014 | Prepare with TRD for settlement conference | | | | 3.1 | |
| 11/4/2014 | Prepare for settlement conference | 5 | | | | |
| 11/4/2014 | Work on MSJ re failure to keep records of downtime | | | | 3.2 | |
| 11/4/2014 | Review work on MSJ | | | 0.5 | | |
| 11/5/2014 | Travel to settlement conference | 5 | | | | |
| 11/5/2014 | Travel to settlement conference | | 5 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/6/2014 | research and begin working on motion to approve settlement | | | | 3.8 | | |
| 11/6/2014 | Attend settlement conference | 8 | | | | | |
| 11/6/2014 | Attend Settlement Conference | | 8 | | | | |
| 11/7/2014 | travel from mediation | 7 | | | | | |
| 11/10/2014 | work on motion to approve settlement | | | | 3.9 | | |
| 11/10/2014 | work on motion approve settlement | 0.5 | | | | | |
| 11/11/2014 | work on settlement agreement | | | | 3.7 | | |
| 11/11/2014 | work on proposed order approving settlement | 0.4 | | | | | |
| 11/11/2014 | work on notice to class of settlement | 0.5 | | | | | |
| 11/11/2014 | work on settlement agreement | 1.9 | | | | | |
| 11/11/2014 | work on claim form for class | 0.4 | | | | | |
| 11/12/2014 | Work on settlement agreement, make edits | 0.9 | | | | | |
| 11/12/2014 | work on settlement agreement | | | | 1.9 | | |
| 11/12/2014 | work on notice of settlement form, make edits | 0.7 | | | | | |
| 11/12/2014 | work on notice of settlement | | | | 1.3 | | |
| 11/12/2014 | work on claim form, make edits | 0.7 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/12/2014 | work on claim form | | | | 1.4 | |
| 11/12/2014 | work on proposed order re motion to approve settlement | | | | 1.9 | |
| 11/13/2014 | work on motion to approve settlement | | | | 1.1 | |
| 11/13/2014 | Work on motion to approve settlement | 0.5 | | | | |
| 11/13/2014 | Work on settlement agreement | | | | 0.7 | |
| 11/13/2014 | Work on settlement agreement, make edits | 0.5 | | | | |
| 11/13/2014 | TC with named Plaintiffs re settlement | | | | 1.2 | |
| 11/13/2014 | Work on motion to approve, notice form, claim form, and proposed order of settlement | | | | 0.6 | |
| 11/13/2014 | work on motion to approve attorneys fees | | | | 4.4 | |
| 11/13/2014 | work on motion to approve settlement | 0.9 | | | | |
| 11/14/2014 | work on motion to approve attorneys fees | | | | 2.9 | |
| 11/14/2014 | work on aff re motion to approve attorneys fees | 1.5 | | | | |
| 11/14/2014 | work on TRD aff re motion to approve attorneys fees | | | | 1.7 | |
| 11/15/2014 | Work on motion to approve atty fees | 1.3 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/17/2014 | Receive and review correspondence from defense, correspond re same | 0.2 | | | | | |
| 11/20/2014 | correspond re: settlement, receive and review correspondence re same | 0.3 | | | | | |
| 11/20/2014 | review settlement agreement changes and changes to motion to approve settlement | 0.9 | | | | | |
| 11/21/2014 | Work on settlement documents including notice and claim forms | | | | 1.9 | | |
| 11/21/2014 | review pleadings in Cal case to see if claims are different | 0.5 | | | | | |
| 11/24/2014 | correspond re follow up on agreement | 0.1 | | | | | |
| 11/25/2014 | correspond re: settlement, receive and review correspondence re same | 0.3 | | | | | |
| 12/1/2014 | emails re tax implications | 0.2 | | | | | |
| 12/2/2014 | follow up on agreement | 0.2 | | | | | |
| 12/9/2014 | multiple correspond re: settlement, receive and review correspondence re same | 0.3 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/15/2014 | Work on settlement documents and make changes consistent with TRD discussions with defense | | | | 2.1 | | |
| 12/15/2014 | Work on settlement documents, review and revise | 1.4 | | | | | |
| 12/15/2014 | multiple correspond re: settlement, receive and review correspondence re same | 0.3 | | | | | |
| 12/16/2014 | Work on motion to approve atty fees | | | | 1.7 | | |
| 12/16/2014 | Work on motion to approve atty fees | 1.3 | | | | | |
| 12/17/2014 | call with client | 0.2 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **Hours** | 336.8 | 40.2 | 248.7 | 479.5 | 14.6 | 11.7 |
| | | | | | | | |
| | **Hourly Rate** | $475.00 | $475.00 | $375.00 | $195.00 | $195.00 | $195.00 |
| | | | | | | | |
| | **Amount Billed** | $159,980.00 | $19,095.00 | $93,262.50 | $93,502.50 | $2,847.00 | $2,281.50 |
| | | | | | | | |
| | | | | | | | |
| | **Total Hours** | **1131.5** | | | | | |
| | | | | | | | |
| | **Total Fee** | **$370,968.50** | | | | | |