SMITH, PHILLIPS, MITCHELL,
SCOTT & NOWAK, LLP
Attorneys at Law
P. O. Drawer 1586
695 Shamrock Drive
Batesville, Mississippi 38606
(662) 563-4613

|  |  |
|---|---|
| United Furniture-CA | Page: 1 |
| Trey Dayes, Attorney | November 12, 2014 |
|  | Account No: 12895-12895M |

Draft Statement

## LEGAL SERVICES

| Date / Atty | Description | Hours |
|---|---|---|
| 10/03/2013 RTP | Telephone conference with Trey Dayes (Jeff Phillips Firm, Phoenix, AZ) regarding wage/hour case vs. United Furniture | 1.00 |
| 10/04/2013 JN | Reviewing draft Complaint and meeting w/Flip re: potential overtime case, emails, internet research | 1.75 |
| RTP | Emails from and to Attorneys; conference with Jason Nabors. | 0.50 |
| 10/08/2013 RTP | Email from and telephone call from and to Trey Dayes | 0.50 |
| 10/09/2013 JN | emails, preparing case for filing, research | 1.25 |
| 10/11/2013 JN | emails, preparing case for filing | 0.75 |
| 10/14/2013 JN | correspondence, preparing complaint, civil cover sheet, summonses and motion for admission for filing, emails, file review | 2.75 |
| 10/15/2013 JN | preparing case for filing, e-filing complaint, cover sheet and petition for admission, phone c/w Debi Houston at the clerk's office, research, pacer review | 3.00 |
| 10/16/2013 JN | drafting summonses, letter to clerk, forwarding for issuance, email | 1.50 |
| 10/18/2013 JN | phone c/w Debi at Clerk's Office, summonses, emails, pleadings, file review, correspondence | 1.25 |

United Furniture-CA
November 12, 2014
Account No:   12895-12895M

|  |  |  | Hours |
|---|---|---|---|
| 10/21/2013 JN | Order, file review, emails, research, summonses, service issues, phone c/w process server, letter, sending out summonses and complaints for service |  | 2.50 |
| 10/22/2013 JN | pleadings, emails, file review, Notices and Opt-In Forms |  | 0.50 |
| 10/25/2013 JN | pleadings, email, opt in forms, file review |  | 0.50 |
| 10/28/2013 JN | pleadings, opt in forms, email |  | 0.25 |
| 10/29/2013 JN | reviewed pleadings and opt in forms, email |  | 0.25 |
| 10/31/2013 JN | summonses, correspondence, file review, emails, e-filing executed summonses |  | 1.50 |
| 11/05/2013 JN | pleadings, email, notice, file review |  | 0.50 |
| 11/07/2013 JN | opt-in forms, pleadings, email |  | 0.25 |
| 11/08/2013 JN | phone c/w Brad Dillard, phone c/w Nasser, research, email |  | 0.75 |
| 11/12/2013 JN | Notices of appearance, pleadings, emails, motion for extension, proposed order, correspondence with defense counsel, summons and service issues, internet research |  | 1.50 |
| 11/14/2013 JN | conference call w/Trey Dayes and Nasser, pleadings, Notice, emails, internet research, Westlaw research |  | 1.75 |
| 11/15/2013 JN | pleadings, file review |  | 0.25 |
| 11/19/2013 JN | pleadings, Notice and Opt-In forms, email |  | 0.25 |
| 11/20/2013 JN | pleadings, email |  | 0.25 |
| 11/22/2013 JN | correspondence w/John Hill and email with Trey and Nasser, file review, Notice, pleadings |  | 0.50 |
| 11/25/2013 JN | emails w/John Hill and Trey on procedural issues, file review, dismissal, notices and pleadings |  | 0.75 |

United Furniture-CA  
November 12, 2014  
Account No: 12895-12895M

| Date | | Description | Hours |
|---|---|---|---|
| 11/26/2013 | JN | pleadings, email | 0.25 |
| 11/27/2013 | JN | Reviewing the draft Motion for Class Cert and Memorandum in Support, emails w/Nasser | 0.75 |
| 12/02/2013 | JN | reviewing the Motion for Class Cert and Brief, Notices and Opt ins, pleadings, email | 1.00 |
| 12/04/2013 | JN | pleadings, order, email, class certificate | 0.50 |
| 12/05/2013 | JN | reviewing Defendants' Answer, Motion and Memo, corporate statement, pleadings, reviewing filed motion for class cert and memo in support, emails w/co-counsel | 1.25 |
| 12/06/2013 | JN | Initial Order and deadlines, file review, emails, amended motion and brief, notices and opt-ins | 1.50 |
| 12/10/2013 | JN | Notices and Opt-ins, emails and pleadings | 0.25 |
| 12/16/2013 | JN | declaration, exhibits, pleadings, emails, notices and opt-ins | 0.50 |
| 12/18/2013 | JN | Motion, email | 0.25 |
| 12/23/2013 | JN | Notices, opt-ins, exhibits on class cert, pleadings, emails | 0.50 |
| 12/27/2013 | JN | pleadings, email, Notice and Opt-In Forms, file review | 0.50 |
| 01/06/2014 | JN | pleadings and email with Nasser re: case reassignment, fire review | 0.50 |
| 01/07/2014 | JN | reviewing joine case management order, emails, research | 0.50 |
| 01/10/2014 | JN | reviewing the Response to the Class Cert Motion, declarations, emails, pleadings, file review | 0.75 |
| 01/13/2014 | JN | correspondence on the potential mediation, file review | 0.30 |
| 01/17/2014 | JN | pleadings, emails, research | 0.50 |
| | RTP | Conference with Howard Gunn | 0.25 |

United Furniture-CA
November 12, 2014
Account No:     12895-12895M

|  |  | Hours |
|---|---|---|
| 01/20/2014<br>JN | c/w Flip bout Howard Gunn, Pacer research, reviewing Complaint and pleadings, phone c/w Trey Dayes, emails | 1.75 |
| 01/21/2014<br>JN | preparing for mediation, internet research, emails, c/w Flip re: mediation | 1.30 |
| 01/22/2014<br>JN | emails w/Trey re: mediation | 0.25 |
| 01/23/2014<br>JN | mediation prep, emails | 0.25 |
| 01/30/2014<br>JN | Orders, preparing for mediation, file review, pleadings | 0.50 |
| 02/03/2014<br>JN | emails w/Trey about the mediation and class cert, file review, pleadings | 0.50 |
| 02/04/2014<br>JN | emails | 0.10 |
| 02/05/2014<br>JN | pleadings and mediation agreement and prep, emails | 1.25 |
| 02/06/2014<br>JN | executed the mediation agreement, class parameter issues, Pacer research, emails, order staying discovery and the CMC from Judge Sanders | 1.50 |
| 02/07/2014<br>JN | pleadings, notices and opt ins, email | 0.30 |
| 02/10/2014<br>JN | pleadings, notices and opt ins, emails | 0.30 |
| 02/11/2014<br>JN | Notices and emails | 0.10 |
| 02/12/2014<br>JN | emails w/Beth, Judge Sanders' clerk about the mediation, emails w/counsel, file review | 0.25 |
| 02/13/2014<br>JN | correspondence, mediation review | 0.30 |
| 02/21/2014<br>JN | pleadings and notices | 0.25 |
| 02/24/2014<br>JN | notices and pleadings, email | 0.25 |

United Furniture-CA  
November 12, 2014  
Account No:   12895-12895M

| Date | | Description | Hours |
|---|---|---|---|
| 03/03/2014 | JN | research and emails, preparing for mediation | 0.50 |
| 03/05/2014 | JN | Westlaw research on unpaid wage claims under Mississippi law, emails, preparing for mediation, conference call with Trey and attorneys | 2.50 |
| 03/06/2014 | JN | emails w/Trey re: mediation and researching corporate assets and information | 0.75 |
| 03/07/2014 | JN | mediation prep, research, reviewing employment data | 2.00 |
| 03/10/2014 | JN | emails w/Nasser re: investigation and corporate assets | 0.25 |
| 03/12/2014 | JN | phone c/w Trey Dayes and attorneys, working on documents and preparing for mediation, emails | 1.50 |
| 03/13/2014 | JN | mediation prep | 0.50 |
| 03/14/2014 | JN | document exchange and mediation issues, emails | 0.75 |
| 03/17/2014 | JN | document exchange, emails | 0.50 |
| 03/18/2014 | JN | emails w/Nasser re: claim rep and mediation | 0.25 |
| 03/19/2014 | JN | reviewing document production and affidavits, phone c/w Shaneeka Norris | 0.75 |
| 03/21/2014 | JN | mediation prep and document review, travel to Tupelo, meeting with class rep, Sheneeka Norris, preparing the class rep for mediation, conference call with Trey and attorneys, reviewing mediation memo | 6.75 |
| 03/25/2014 | JN | mediation prep, file review | 1.25 |
| 03/26/2014 | JN | reviewing supplemental position memo and spreadsheet info, emails, notice and opt ins, conference call, letters | 2.00 |
| 03/27/2014 | JN | mediation prep, damages calculations, notices, opt ins, pleadings, emails | 1.50 |

United Furniture-CA  
November 12, 2014  
Account No:     12895-12895M

|  |  |  | Hours |
|---|---|---|---:|
| 03/28/2014 | JN | emails w/Nasser re: mediation, reviewing Joint Motion to Stay, emails, file review | 1.30 |
| 03/31/2014 | JN | emails w/Trey and Nasser re: proposed order, research on procedural issues | 0.75 |
| 04/01/2014 | JN | order and emails, file review, pleadings, Notices and Opt-in Forms | 0.50 |
| 04/02/2014 | JN | subpoena, pleadings, emails | 0.75 |
| 04/07/2014 | JN | notices and opt in forms, emails | 0.50 |
| 04/08/2014 | JN | pacer research re: other filed cases, pleadings and opt in forms, emails, file review | 3.00 |
| 04/09/2014 | JN | class member phone calls, file review | 0.75 |
| 04/11/2014 | JN | pleadings and opt in forms | 0.50 |
| 04/14/2014 | JN | class opt ins, emails w/Trey re: common fund issues, research | 2.75 |
| 04/15/2014 | JN | Westlaw research re: common fund doctrine and class settlement issues, conference call w/Trey Dayes re: class settlement issues, emails, file review | 6.50 |
| 04/16/2014 | JN | research on class cert and settlement issues | 2.00 |
| 04/18/2014 | JN | pleadings, opt ins, email | 0.50 |
| 04/22/2014 | JN | notice and opt in forms, emails | 0.30 |
| 04/23/2014 | JN | Westlaw research on common fund and class settlement issues | 2.75 |
| 04/28/2014 | JN | Notices and Opt in Forms, pleadings, emails, c/w RTP re: class issues | 0.75 |
| 05/05/2014 | JN | research on Department of Labor investigation | 2.00 |

United Furniture-CA  
November 12, 2014  
Account No:     12895-12895M

|            |    |                                                                                                                                                                  | Hours |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 05/07/2014 | JN | emails and mediation prep                                                                                                                                        | 0.75  |
| 05/13/2014 | JN | pleadings and emails                                                                                                                                             | 0.50  |
| 05/14/2014 | JN | Notices and Opt in forms, mediation prep, emails                                                                                                                 | 0.75  |
| 05/16/2014 | JN | Opt ins and pleadings, phone call w/Jennifer at the Court Clerk's office, emails with Nasser, file review, amended pleadings                                     | 1.25  |
| 05/19/2014 | JN | mediation prep, emails                                                                                                                                           | 0.50  |
| 05/20/2014 | JN | pleadings, Notices and opt in forms, emails                                                                                                                      | 0.75  |
| 05/21/2014 | JN | pleading review, emails                                                                                                                                          | 0.25  |
| 05/27/2014 | JN | pleadings and emails                                                                                                                                             | 0.30  |
| 05/28/2014 | JN | Notices and Opt-in forms, emails, mediation prep                                                                                                                 | 1.00  |
| 06/02/2014 | JN | pleadings and opt ins, emails w/Nasser re: mediation                                                                                                             | 0.75  |
| 06/03/2014 | JN | phone c/w class rep, Sheneeka Norris, opt in forms and filings, emails, file review                                                                              | 1.00  |
| 06/05/2014 | JN | phone c/w class rep, emails w/Nasser, opt ins and pleadings                                                                                                      | 0.75  |
| 06/06/2014 | JN | Westlaw research on the common fund and class settlement/attorneys fees issues, phone c/w class rep, emails w/Nasser, preparing for mediation, pleadings and emails | 4.25  |
| 06/09/2014 | JN | preparing for mediation, phone c/w Sheneeka Norris                                                                                                               | 1.00  |
| 06/10/2014 | JN | Westlaw and Pacer research, phone calls, preparing for mediation, emails, file review                                                                            | 5.00  |
| 06/11/2014 | JN | Travel to Tupelo, mediation                                                                                                                                      | 11.00 |

United Furniture-CA  
November 12, 2014  
Account No:     12895-12895M

|  |  | Hours |
|---|---|---:|
| 06/12/2014 | | |
| JN | c/w Flip re: mediation, file review | 0.50 |
| RTP | Mediation- conference with Jason - no settlement | 1.50 |
| 06/13/2014 | | |
| JN | opt ins and faxes, emails w/Nasser | 0.50 |
| 06/16/2014 | | |
| JN | opt ins and pleadings, emails, file review, Westlaw and legal research on motion issues, emails w/Nasser and Trey re: class cert motion | 3.25 |
| 06/17/2014 | | |
| JN | emails w/Nasser re: filings, pleadings and opt ins, emails, emails w/Trey re: venue issues | 0.75 |
| 06/19/2014 | | |
| JN | class cert motion, emails w/Nasser re: procedural issues, notices and pleadings, emails, file review, legal research | 1.75 |
| 06/23/2014 | | |
| JN | pleadings, emails | 0.25 |
| 06/24/2014 | | |
| JN | emails w/Nasser re: Notice of Withdrawal, amendments and scheduling, phone c/w Eddie Pickens, file review | 2.75 |
| 06/25/2014 | | |
| JN | correspondence with Judge Brown, emails w/Trey and Nasser re: procedural issues and scheduling, research on procedural issues, reviewing draft case management order, Notice of Withdrawal, Case Management Report, discover issue review | 4.50 |
| 06/26/2014 | | |
| JN | discovery review, order lifting stay, emails, reviewing requests for production of documents, reviewing notices, phone c/w Trey and Nasser re: case strategy, internet research, phone calls w/Don Hall re: case acquisition issues | 6.25 |
| 06/27/2014 | | |
| JN | conference call w/Trey and Don Hall, research, file review, case strategy review, conference call with Trey and Nasser re: case strategy, Notice and pleading review, emails | 4.30 |
| 06/30/2014 | | |
| JN | initial order and deadlines, emails, research on procedural issues, reviewing class cert issues and pleadings, file review | 4.00 |
| 07/01/2014 | | |
| JN | research re: class cert issues, pleading review | 2.75 |

|  |  |  | Hours |
|---|---|---|---|
| 07/03/2014 | JN | letter from defense counsel, emails, reviewing pleadings, notices and opt-ins, phone c/w Don Hall, emails w/ Nasser re: case acquisitions | 1.75 |
| 07/07/2014 | JN | phone c/w Jeneice Fields, letter, sending opt in form, file review, reviewing questionnaire, intake packet and correspondence with Don Hall, emails w/Trey re: client acquisition | 2.50 |
| 07/08/2014 | JN | emails w/counsel re: discovery conference, correspondence with Don Hall re: interviews | 0.50 |
| 07/10/2014 | JN | reviewing proposed CMO, emails | 0.50 |
| 07/11/2014 | JN | reviewing CMO, correspondence w/ Judge, emails, opt-in form for Jeneice Fields, forwarding form to Nasser, pleadings | 0.75 |
| 07/14/2014 | JN | internet and legal research, emails re: opt ins and client acquisitions, emails w/Trey re: legal and procedural issues | 2.00 |
| 07/16/2014 | JN | opt in forms, notices, pleadings, research, emails, c/w Nikki re: client list and procedural issues | 2.25 |
| 07/17/2014 | JN | phone c/w Gary Cunningham, file review, emails w/Nasser | 1.00 |
| 07/18/2014 | JN | pleadings and opt-ins, emails, file review | 1.00 |
| 07/21/2014 | JN | legal research re: Mississippi law and procedural issues, emails w/ Trey | 2.50 |
| 07/22/2014 | JN | notices and opt-ins, emails w/Trey re: advertising issues | 0.75 |
| 07/23/2014 | JN | emails w/Trey re: ad, working on class issues, opt ins and faxes, emails | 1.25 |
| 07/31/2014 | JN | pleadings, opt ins and notices, phone c/w Blondie Montgomery, letter, file review, c/w Nikki re: clients | 1.50 |
| 08/05/2014 | JN | notices and opt ins, pleadings, emails | 0.25 |

United Furniture-CA  
November 12, 2014  
Account No:   12895-12895M

|  |  |  | Hours |
|---|---|---|---:|
| 08/07/2014 | JN | phone c/w L.B. Rupert | 0.25 |
| 08/08/2014 | PL | mailed opt in forms | 0.10 |
|  | JN | opt ins, letters, file review, pleadings, emails | 0.50 |
| 08/12/2014 | JN | Notices and opt ins, emails | 0.50 |
| 08/14/2014 | JN | reviewing confidential settlement memo, emails | 1.00 |
| 08/18/2014 | JN | correspondence with Chris Montgomery, emails w/Nasser about new opt ins, emails on discovery issues, pleadings | 1.50 |
| 08/19/2014 | JN | pleadings and opt ins, emails, proposed order | 0.50 |
| 08/21/2014 | JN | order, pleadings, emails | 0.50 |
| 08/22/2014 | JN | phone c/w Angela Johnson re: opt in | 0.25 |
| 08/25/2014 | JN | notices and op-ins | 0.25 |
| 08/26/2014 | JN | phone c/w Charles Johnson, Notices and emails, emails w/Trey re: case management conference, emails w/Nasser | 1.50 |
| 08/27/2014 | JN | reviewing plaintiff's initial disclosures, phone c/w Angela Johnson, reviewing Defendant's initial disclosures, notices, emails, file review, memos, emails w/Nasser re: disclosures and local rules, researching local rules, reviewing motion to consolidate and proposed order, emails w/Trey re: consolidation | 4.50 |
| 08/28/2014 | JN | phone c/w Crystal Johnson, sending out opt-in forms, emails, letters, file review, emails w/Nasser about CMC, phone c/w Charles Johnson, Notices | 1.75 |
|  | PL | Indexed pleadings; mailed opt in packets (NM) | 1.00 |
| 08/29/2014 | JN | phone c/w Trey re: preparation for conference with Judge, discovery and case strategy, emails, file review, phone calls w/opt-ins, preparing for CMC, reviewing discovery, Notice of Service of Discovery | 3.25 |

United Furniture-CA  
November 12, 2014  
Account No:     12895-12895M

|  |  |  | Hours |
|---|---|---|---|
| 09/02/2014 | JN | case management conference in Aberdeen, meeting with Trey Dayes, travel to factories and courthouse, emails, opt-ins, file review, pleadings | 8.00 |
| 09/03/2014 | JN | reviewing Defendants' discovery requests, class cert motion, trial date setting, emails with Nasser about 30(b)(6) issues, emails w/ Trey and Nasser about local rules, research, file review, pacer research, phone c/w Angela Johnson, c/w Flip re: case status and hearing, reviewing case management order and 30(b)(6) Notice | 6.50 |
| 09/04/2014 | JN | emails w/Trey about the settlement conference and trial setting, class certification, opt-ins, phone c/w Angela Johnson, file review, reviewing orders and pleadings, emails w/ Nasser re: Howard Gunn's case, reviewing pleadings from Howard Gunn's case, research, pacer review | 4.25 |
| 09/05/2014 | JN | class cert briefs and declarations, emails, westlaw research on intervention and class cert objections, emails w/Nasser about intervention issues, internet research, conference call with Trey and Nasser, phone c/w Jennifer at the clerk's office, emails with Nasser about opt-in names, reviewing notices and optins | 4.75 |
| 09/08/2014 | JN | notices and emails with Nasser about opt-ins, pleadings | 0.50 |
| 09/10/2014 | JN | Notices, opt-ins, emails | 0.25 |
| 09/11/2014 | JN | c/w Flip re: case status and settlement issues, pleadings and emails | 1.25 |
| 09/12/2014 | JN | reviewing motion for leave, proposed order, opposition, memorandum in support, notices, emails w/Nasser re: pleadings and procedural issues, motion for extension and objections | 2.50 |
| 09/15/2014 | JN | emails, pleadings | 0.25 |
| 09/16/2014 | JN | reviewing defendants' responses to interrogatories and requests, emails, file review, notices | 1.50 |
| 09/17/2014 | JN | reviewing document production CD, emails with Nasser about settlement conference, pleadings | 2.00 |

United Furniture-CA

November 12, 2014
Account No: 12895-12895M

| Date | | Description | Hours |
|---|---|---|---|
| 09/29/2014 | JN | reviewing discovery responses, notices and pleadings, emails, phone calls with clients | 2.25 |
| 09/30/2014 | JN | emails with Nasser on the discovery disputes, research on motion to compel, notices and opt-ins, emails | 1.25 |
| 10/01/2014 | JN | good faith letter, good faith certificate, motion to compel, email, file review, research, reviewing Response in Opposition to the Class Cert Motion, reviewing Motion to Dismiss or Sever, emails w/ Nasser about responses, reviewing Response to Motion for Appearance | 3.25 |
| 10/02/2014 | JN | emails with Trey about Responses, reviewing Briefs, researching rules, emails with Nasser about filings, file review | 3.75 |
| 10/08/2014 | JN | Reply Briefs, research, phone c/w Nasser about the replies and notices, class cert issues, emails, phone c/w Trey about the settlement conference and strategy issues | 3.00 |
| 10/10/2014 | JN | preparing for settlement conference, correspondence with Judge, file review, emails | 0.75 |
| 10/13/2014 | JN | good faith letter, mediation prep, emails with Nasser about procedural issues, research on procedural issues | 2.75 |
| 10/14/2014 | JN | emails re: 30(b)(6) depo | 0.25 |
| 10/16/2014 | JN | reviewing Response to Joinder Motion, emails, file review, pleadings, procedures, notices and pleadings, correspondence with John Hill and Trey about scheduling depositions, Amended Notice of deposion, Settlement Conference Notice | 3.00 |
| 10/20/2014 | JN | reviewing Replies, settlement conference preparation | 1.50 |
| 10/21/2014 | JN | Notices and opt-ins, emails | 0.25 |
| 10/22/2014 | JN | emails with Nasser re: confidential settlement memo and class rep, reviewing Reply on the Joinder Motion, new opt in forms, sending forms to Trey's office, emails with Trey about settlement conference prep, phone c/w Angela Johnson | 3.25 |

United Furniture-CA
November 12, 2014
Account No:   12895-12895M

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/27/2014 | JN | discovery review, letters, good faith certificate | 0.75 | |
| 10/29/2014 | JN | reviewing motion to compel and good faith certificate, correspondence with defense counsel, notices and opt ins | 2.50 | |
| 10/31/2014 | JN | reviewing confidential settlement memo, motion to compel and brief | 1.75 | |
| 11/03/2014 | JN | Emails with Nasser, preparing for the settlement conference | 0.75 | |
| 11/04/2014 | JN | Working on the Motion for Partial Summary Judgment, emails with Nasser on filing issues, emails with Trey on class issues, attorney fee review. | 2.25 | |
| 11/05/2014 | JN | Westlaw research on 5th Circuit factors for attorney fee approval, drafting and sending memo to Trey, emails, file review, preparing for settlement conference | 3.25 | |
| 11/06/2014 | JN | Settlement Conference in Aberdeen before Judge Sanders | 8.00 | |
| 11/07/2014 | JN | Phone conference with Nasser about the settlement, pleadings, emails, client calls | 0.75 | |
| 11/12/2014 | JN | Emails with Nasser regarding settlement, preparing fee information for filing, reviewing settlement documents, court filings and agreement. | 1.50 | |
|  |  | Total Legal Fees: | 270.25 | 106,652.75 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Richard T. Phillips | 3.75 | $475.00 | $1,781.25 |
| Jason Nabors | 265.40 | 395.00 | 104,833.00 |
| Paralegal | 1.10 | 35.00 | 38.50 |

### Expenses Pd by SPMS&N to Date

| Date | Description | Amount |
|---|---|---|
| 11/30/2013 | Advance - Westlaw (November) | 8.15 |
| 03/21/2014 | Advance - Jason Nabors (Travel to and from Tupelo) | 46.80 |
| 03/31/2014 | Advance - Westlaw (March) | 43.02 |
| 04/30/2014 | Advance - Westlaw Research (April) | 207.81 |
| 06/30/2014 | Advance - Westlaw (June) | 136.40 |
| 07/11/2014 | Photocopies | 30.00 |
| 08/08/2014 | Postage | 3.01 |
| 08/08/2014 | Photocopies | 2.50 |

| | | |
|---|---|---|
| 08/28/2014 | Postage | 6.44 |
| 09/02/2014 | Advance - Travel to Aberdeen Courthouse and factories | 71.40 |
| 10/28/2014 | Advance - Westlaw | 22.00 |
| 11/06/2014 | Advance - Jason Nabors (Travel) | 46.20 |
| | Total Expenses | 623.73 |
| | Total Current Work | 107,276.48 |
| | Balance Due | $107,276.48 |
| | Please Remit | $107,276.48 |

THANK YOU,
SMITH PHILLIPS MITCHELL
SCOTT & NOWAK, LLP