| **CLIENT FILE-UNITED FURNITURE-FILE NUMBER 38639-SUMMARY OF HOURS AND RATES** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | TRD | JP | RTP | SD | JN | NA | AH | RLF |
| Hours | 336.8 | 40.2 | 3.75 | 248.7 | 265.4 | 483.3 | 14.6 | 11.7 |
| Hourly Rate | $475.00 | $475.00 | $475.00 | $375.00 | $375.00 | $195.00 | $195.00 | $195.00 |
| Amount Billed | $159,980.00 | $19,095.00 | $1,781.25 | $93,262.50 | $99,525.00 | $94,243.50 | $2,847.00 | $2,281.50 |
| | | | | | | | | |
| Total Hours | 1392.75 | | | | | | | |
| | | | | | | | | |
| Total Fee | $473,015.75 | | | | | | | |