11:29 AM
12/23/14
Accrual Basis

# PHILLIPS DAYES NATIONAL EMPLOYMENT LAW FIRM PC
## CLIENT LEDGER
### All Transactions

| Type | Date | Num | Name | Source Name | Memo | Amount |
|---|---|---|---|---|---|---|
| **420 Legal Costs Recovered** | | | | | | |
| Gener... | 11/14/2014 | 139 | 38639 United Furniture | 38639 United Furnit... | PDayes Recovered Costs | (32.39) |
| **Total 420 Legal Costs Recovered** | | | | | | (32.39) |
| **450 Discovery Costs** | | | | | | |
| Check | 07/11/2013 | 1149 | 38639 United Furniture | FedEx | 38639 United Furniture | 39.89 |
| Check | 08/06/2013 | 1167 | 38639 United Furniture | FedEx | 38639 United Furniture | 39.53 |
| Check | 10/09/2013 | 1284 | 38639 United Furniture | FedEx | 38639 United Furniture | 34.44 |
| Check | 10/09/2013 | EFT | 38639 United Furniture | State Bar of Arizona | 38639 United Furniture | 20.00 |
| Check | 10/11/2013 | 1311 | 38639 United Furniture | US District Court fo... | Trey's Admission for Practice | 0.00 |
| Check | 10/11/2013 | 1312 | 38639 United Furniture | US District Court fo... | 38639 United Furniture -Ref#Filing Ci... | 0.00 |
| Check | 10/15/2013 | 1341 | 38639 United Furniture | Smith Phillips Mitch... | Pro Hac Vice Application | 100.00 |
| Check | 10/15/2013 | 1342 | 38639 United Furniture | Smith Phillips Mitch... | United Furniture Filing Fee | 400.00 |
| Check | 10/25/2013 | 1350 | 38639 United Furniture | FedEx | 38639 United Furniture | 38.27 |
| Check | 10/25/2013 | 1355 | 38639 United Furniture | FedEx | 38639 United Furniture | 57.35 |
| Check | 11/30/2013 | 1401 | 38639 United Furniture | SMC Inc. | 38639 United Furniture | 130.00 |
| Check | 02/04/2014 | 1526 | 38639 United Furniture | FedEx | Invoice# 2-537-16677 & 2-544-19222 | 197.19 |
| Check | 02/04/2014 | 1526 | 38639 United Furniture | FedEx | Invoice# 2-537-16677 & 2-544-19222 | 77.99 |
| Check | 02/11/2014 | 1537 | 38639 United Furniture | Cutler Consulting S... | 38639 United Furniture Expert Witnes... | 1,800.00 |
| Check | 03/13/2014 | 1588 | 38639 United Furniture | Craig Fallenberg | 38639 United Furniture -Ref#9890 | 200.00 |
| Check | 03/25/2014 | 1597 | 38639 United Furniture | Your Collection Sol... | 38639 United Furniture -Comprehens... | 1,802.50 |
| Check | 04/08/2014 | 1618 | 38639 United Furniture | Lexis Nexis Risk D... | 38639 United Furniture | 30.35 |
| Check | 04/08/2014 | 1618 | 38639 United Furniture | Lexis Nexis Risk D... | 38639 United Furniture | 8.10 |
| Check | 04/10/2014 | 1621 | 38639 United Furniture | Wage & Hour Divisi... | 38639 United Furniture -Processing F... | 120.00 |
| Check | 06/13/2014 | 1709 | 38639 United Furniture | Lexis Nexis Risk D... | Inv# 1556196-20140531 | 5.40 |
| Check | 06/13/2014 | 1709 | 38639 United Furniture | Lexis Nexis Risk D... | Inv# 1556196-20140531 | 14.70 |
| Bill | 07/01/2014 | | 38639 United Furniture | Pacer Service Center | | 19.60 |
| Check | 07/02/2014 | 1739 | 38639 United Furniture | William Larry Latha... | 38639 United Furniture -Mediation Fil... | 3,045.50 |
| Check | 08/29/2014 | 1814 | 38639 United Furniture | Express Investigati... | 38639 United Furniture -Option 2 | 3,000.00 |
| Check | 09/11/2014 | 1825 | 38639 United Furniture | Lexis Nexis Risk D... | 38639 United Furniture | 2.70 |
| Check | 09/11/2014 | 1825 | 38639 United Furniture | Lexis Nexis Risk D... | 38639 United Furniture | 36.30 |
| Check | 09/25/2014 | 1841 | 38639 United Furniture | FedEx | 38639 United Furniture | 40.38 |
| Check | 09/30/2014 | 1846 | 38639 United Furniture | Express Investigati... | 38639 United Furniture -Option 2 | 1,000.00 |
| Check | 10/20/2014 | 1858 | 38639 United Furniture | FedEx | 38639 United Furniture | 40.11 |
| Check | 10/27/2014 | 1869 | 38639 United Furniture | Pacer Service Center | | 5.80 |
| Check | 10/27/2014 | 1869 | 38639 United Furniture | Pacer Service Center | | 16.40 |
| Check | 10/27/2014 | 1869 | 38639 United Furniture | Pacer Service Center | | 37.40 |
| Check | 10/27/2014 | 1869 | 38639 United Furniture | Pacer Service Center | | 55.00 |
| Check | 10/27/2014 | 1869 | 38639 United Furniture | Pacer Service Center | | 3.00 |
| Bill | 10/31/2014 | | 38639 United Furniture | Pacer Service Center | Activity for October/November | 102.00 |
| Bill | 10/31/2014 | | 38639 United Furniture | Pacer Service Center | Activity for October/November | 8.20 |
| Bill | 10/31/2014 | | 38639 United Furniture | Pacer Service Center | Activity for October/November | 70.20 |
| Check | 11/03/2014 | EFT | 38639 United Furniture | Appellate Courts | | 19.95 |
| Check | 11/10/2014 | EFT | 38639 United Furniture | Americas Best Value | | 61.23 |
| Gener... | 11/14/2014 | 139 | 38639 United Furniture | 38639 United Furnit... | PDayes Recovered Costs | 32.39 |
| Check | 11/21/2014 | EFT | 38639 United Furniture | DocSales | 38639 United Furniture -Order#73332 | 10.50 |
| Check | 11/21/2014 | EFT | 38639 United Furniture | DocSales | 38639 United Furniture -Order#73328 | 11.50 |
| **Total 450 Discovery Costs** | | | | | | 12,733.87 |
| **517 Employee Loans & Reimb.** | | | | | | |
| **517-3 Parking** | | | | | | |
| Bill | 11/07/2014 | | 38639 United Furniture | Trey Dayes | Reimbursement | 27.00 |
| **Total 517-3 Parking** | | | | | | 27.00 |
| **Total 517 Employee Loans & Reimb.** | | | | | | 27.00 |
| **557 Postage and Delivery** | | | | | | |
| **557-2 Fed-Ex Postage** | | | | | | |
| Check | 08/21/2013 | 1223 | 38639 United Furniture | FedEx | 38639 United Furniture | 37.75 |
| **Total 557-2 Fed-Ex Postage** | | | | | | 37.75 |
| **Total 557 Postage and Delivery** | | | | | | 37.75 |
| **582 Travel Expense** | | | | | | |
| **582-1 Airfare** | | | | | | |
| Bill | 11/07/2014 | | 38639 United Furniture | Trey Dayes | Reimbursement | 75.00 |
| **Total 582-1 Airfare** | | | | | | 75.00 |

NA

11:29 AM
12/23/14
Accrual Basis

# PHILLIPS DAYES NATIONAL EMPLOYMENT LAW FIRM PC
## CLIENT LEDGER
All Transactions

| Type | Date | Num | Name | Source Name | Memo | Amount |
|---|---|---|---|---|---|---|
| **582-2 Lodging** | | | | | | |
| Bill | 11/07/2014 | | 38639 United Furniture | Trey Dayes | Reimbursement | 98.57 |
| Total 582-2 Lodging | | | | | | 98.57 |
| **582-3 Auto/Car Rental** | | | | | | |
| Bill | 11/07/2014 | | 38639 United Furniture | Trey Dayes | Reimbursement | 187.15 |
| Total 582-3 Auto/Car Rental | | | | | | 187.15 |
| **582-4 Meals & Entertainment** | | | | | | |
| Bill | 11/07/2014 | | 38639 United Furniture | Trey Dayes | Reimbursement | 41.83 |
| Total 582-4 Meals & Entertainment | | | | | | 41.83 |
| Total 582 Travel Expense | | | | | | 402.55 |
| **TOTAL** | | | | | | **13,168.78** |