# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

### ABERDEEN DIVISION

Stevy Carothers et al
on behalf of themselves and others similarly
situated,

|  |  |
|---|---|
| | Plaintiffs |

vs.

United Furniture Industries Incorporated, an
Ohio corporation; United Furniture CA, Inc., a
Mississippi Corporation; United Furniture
Industries NC, LLC, a Mississippi limited
liability company;  Larry George; Douglas

Case No.: 1:13-cv-00203-DMB-DAS

Hanby

Defendants

## <u>ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS</u>

This matter coming before the Court on Plaintiffs' Motion for Award of Attorneys' Fees and

Costs, having reviewed the motion and the complete record before the Court, and for good

cause showing

IT IS HEREBY ORDERED THAT:

1.  Plaintiffs' Motion for Award of Attorneys' Fees and Costs is HEREBRY APPROVED.

2.  Phillips Dayes National Employment Law Firm PC is awarded attorneys' fees in the
    amount of $580,831.22.

3. Phillips Dayes National Employment Law Firm PC is awarded costs in the in the amount of $13,168.78

SO ORDERED this 30th day of December, 2014.

/s/ DAVID A. SANDERS

UNITED STATES MAGISTRATE JUDGE